EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Robert E. Schneider, Jr. | 2005 TSPR 43<br><br>163 DPR _____ |

Número del Caso: TS-1510


Fecha: 8 de abril de 2005


 Abogado del Peticionario:

Por derecho propio


Colegio de Abogados de Puerto Rico:


Lcdo. José M. Montalvo Trías
Director Ejecutivo


Materia: Solicitud de Reinstalación.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Robert E. Schneider, Jr.          TS-1510

RESOLUCION

San Juan, Puerto Rico, a 8 de abril de 2005.

Examinada la moción solicitando reinstalación y vistos los documentos presentados en este caso, entre los cuales se encuentra una moción de desistimiento del Colegio de Abogados de Puerto Rico confirmando el pago de las cuotas de colegiación, se autoriza la reinstalación al ejercicio de la abogacía y la notaría de Robert E. Schneider, Jr.

Se le apercibe al señor Schneider que en el futuro deberá cumplir estrictamente con el pago de la cuota anual del Colegio de Abogados de Puerto Rico, según dispone la Ley Núm. 43 del 14 de mayo de 1932, según enmendada, 4 L.P.R,A. 771, et. seq. y que su incumplimiento con esta obligación podrá dar lugar a medidas disciplinarias.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo